Olin Jackson, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of the Attorney General.

*Purl G. Adams,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Willard Nowling, *et al.,* Plaintiffs in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for the Attorney General.

*Wm. W. Flournoy,* for Plaintiffs in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

John B. Streater, *et al.,* Appellants, v. Metropolitan Insurance Company, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Oxford & Cutts,* for Appellants.

*Swearingen, Wilson & Allen,* for Appellee.

Leo P. Kitchen, Appellant, v. Better Homes Company, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Dan R. Schwartz,* for Appellant.

*Allan Bryan,* for Appellee.